IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TODD UPSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-029 |
| | ) | |
| JOHN WATTS, Tier II OIC, Telfair State Prison; BARABARA GRANT, Unit Manager; and BEASLEY, Lieutenant, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DIMSISSES** Plaintiff's transfer, deliberate indifference, appeal, and access to courts claims, and **DISMISSES** all Defendants except Defendant Beasley from this case.

SO ORDERED this 26th day of October, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE